TOWN OF LAKE MAITLAND, *et al.*, v. GEORGIANNE TROUT HILL, *et al.*

158 So. 453.
Division B.
Opinion Filed December 31, 1934.

*W. A. Pattishall,* for Appellants;

*S. J. Stiggins,* for Appellees.

PER CURIAM.—Questions involved here are the same as the controlling questions dealt with in the opinion and judgment in the case of State, *ex rel.* Landis, v. Town of Lake Maitland, filed at this Term of Court. Therefore, the order appealed from is affirmed on authority of that opinion and judgment.

So ordered.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.

DAVIS, C. J., concurs in the opinion and judgment.